# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DUSTIN LEE BARNETTE,

    Plaintiff,

v.                              CASE NO. 3:19cv4743/MCR/EMT

MARK INCH, et al.,

    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge's issued a Report and Recommendation on January 30, 2020. ECF No. 11. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been timely filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. Plaintiff's "Declaration for a Preliminary Injunction and Restraining Order" and supporting memorandum, ECF No. 4, is **DENIED without prejudice**.

**DONE AND ORDERED** this 28th day of February 2020.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**