UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DUSTIN LEE BARNETTE,

    Plaintiff,

v.                                           CASE NO. 3:19cv4743-MCR-EMT

LIEUTENANT P. TUCKER, et al.,

    Defendants.
_____/

## **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on March 31, 2020. ECF No. 14. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Chief Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. Plaintiff's Eighth Amendment claims against Defendant Nurse Kelly are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1);

3. This case is recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against the remaining Defendants named in the Second Amended Complaint, ECF No. 12.

**DONE AND ORDERED** this 7th day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**